IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PERFECTA VERONICA CHACON,**

    **Plaintiff,**

  v.

**MARTIN O'MALLEY,**
**Commissioner of Social Security,**

    **Defendant.**

CIV. NO. 1:23-cv-1015-KWR-DLM

## JUDGMENT

The Court having granted Defendant's Unopposed Motion for Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 21), IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff Perfecta Veronica Chacon under Federal Rule of Civil Procedure 58 and this matter is hereby remanded to the Commissioner for further proceedings consistent with the Court's Order entered on May 15, 2024.

                                       /s/
                                 KEA W. RIGS
                                 UNITED STATES DISTRICT JUDGE